# In the United States Court of Federal Claims

No. 14-855C
(Filed: November 17, 2014)

| | |
|---|---|
| ADVANCED GOVERNMENT SOLUTIONS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## O R D E R

The court is in receipt of defendant's notice of corrective action (ECF No. 28), plaintiff's opposition thereto (ECF No. 29), and defendant's reply in support (ECF No. 30). This court now **ORDERS** that the relief defendant seeks shall be **GRANTED**. Consequently, the briefing schedule shall be suspended and the hearing on the parties' motion for judgment on the administrative record is cancelled. The parties shall file a joint status report advising the court of the progress of the government's corrective action no later than **January 12, 2015.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge